FILED

03/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0684

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 18-0684

| | |
|---|---|
| DAVID M. HOON, TERI L. HOON,<br>    Plaintiffs, Appellants and Cross-Appellees,<br><br>v.<br><br>BETTY MURPHY, as Trustee for In I Am We Trust Trust and BEAR MOUNTAIN LLC,<br>    Defendant, Appellee and Cross-Appellants,<br><br>PETER A. BURGGRAFF; JUDY BURGGRAFF<br>    Objectors and Appellees | **ORDER FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING** |

Pursuant to the authority granted under Mont. R. App. P. 20(2)(C), based upon the *Unopposed Motion for Extension* to file the Petition for Rehearing filed by Plaintiffs, Appellants and Cross-Appellees David M. and Teri L. Hoon, and for good cause appearing therefore;

IT IS HEREBY ORDERED, that the Petition for Rehearing is due on or before March 23, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2020